



## MEMORANDUM OPINION

No. 04-12-00189-CV

**AWK PPROPERTIES, LTD.**,
Appellant

v.

**GOLD'S TEXAS HOLDING, LP**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-09768
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  July 5, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the parties have reached a compromise settlement of their disputes.  The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against the parties that incurred them.

PER CURIAM